UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80797-CV-MIDDLEBROOKS/Strauss

ANTHONY T. THOMPSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Jared Strauss's Report and Recommendation (DE 16), recommending denial of Petitioner Anthony T. Thompson's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1). No objections have been filed, and the deadline to do so expired on February 4, 2021.

Upon consideration of the Report, I agree with Judge Strauss's findings and conclusions. Further, I find that Petitioner has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability in that reasonable jurists would not find the assessment of the claims debatable or wrong, nor would they find it debatable whether the Court is correct in its procedural ruling. *See* 28 U.S.C. § 2253; *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    Magistrate Judge Strauss's Report (DE 11) is **ADOPTED**.

(2)    Anthony T. Thompson's petition (DE 1) is **DENIED.**

(3)    The Clerk of the Court shall **CLOSE THIS CASE**.

(4) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19th day of February, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record;

Anthony T. Thompson
W04406
South Bay Correctional Facility
Inmate Mail/Parcels
600 U S Highway 27 South
South Bay, FL 33493-2233
PRO SE